**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | January 21, 2010 | Douglas E. Cressler<br>Chief Deputy Clerk |

Mr. Robert Steven Hatch
Utah State Prison
P.O. Box 250
Draper, UT 84020-0250
#36062

**RE:      09-9002, Hatch v. CIR**
         Dist/Ag docket: 9073-08

Dear Appellant:

Enclosed is a copy of the order and judgment.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:      Janet A. Bradley
         Laurie A. Snyder

EAS/at